

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMALL JEROME TYLER,

    Defendant.
                              /

Case: 2:19-mj-30494
Assigned To : Unassigned
Assign. Date : 9/18/2019
Description: RMV USA v. TYLER (SO)

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Jamall Jerome Tyler to answer to charges pending in another federal district, and states:

1. On or about September 18, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Eastern District of Tennessee based on an Indictment. Defendant is charged in that district with 21 USC § 841(a)(1), 841 (b)(1)(C), and 18 USC § 2 -- Knowingly, intentionally and without authority possess with the intent to distribute a mixture

1

and substance containing a detectable amount of heroin, a Schedule 1 controlled substance and 21 USC §§ 846, 841 (a)(1), and 841 (b)(1)(C)- Conspiracy to possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule 1 controlled substance.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
Hank.moon@usdoj.gov
(313) 226-0220

Date: 9.18.19

2